**MYSTIC STEAMSHIP CORPORATION,
Appellee,**

v.

**STEAMSHIP AMALFI, her engines,
tackle, apparel, etc., in rem and Alcione
Soc di Navigazione per Azione, in per-
sonam, Appellants.**

**ALCIONE SOC di NAVIGAZIONE per
AZIONE, Appellant,**

v.

**The OIL SCREW BETTY MORAN, her
engines, tackle, apparel, etc., in rem and
Moran Towing Corporation in per-
sonam, Appellees.**

**Nos. 14274, 14275.**

United States Court of Appeals,
Fourth Circuit.

Argued Oct. 6, 1970.

Decided Dec. 2, 1970.

Morton H. Clark, Norfolk, Va. (Van-
deventer, Black, Meredith & Martin, Nor-
folk, Va., on the brief), for appellants.

Eugene Underwood, New York City
(Robert B. Pohl and Burlingham, Under-
wood, Wright, White & Lord, New York
City, Robert M. Hughes, III, and Seawell,
McCoy, Winston & Dalton, Norfolk, Va.,
on the brief), for appellees.

Before BRYAN, WINTER and CRA-
VEN, Circuit Judges.

PER CURIAM:

A ship collision during a heavy fog in
the early morning hours of August 7,
1967, at the entrance to Chesapeake Bay
and just a short distance above Cape
Henry, Virginia, resulted in damage to
a barge in tow of the seabound tug Betty
Moran. The other vessel was the Amalfi,
an Italian freighter inbound for Norfolk.
She was libelled by the barge charterer
for indemnity, and in turn Amalfi's own-
ers sued the tugowner and the barge for
compensation for her injuries.

The admiralty judge exonerated the
tug and barge, placing fault exclusively
on the Amalfi. His resolves are written
in a factually scrupulous opinion, stating
and applying the maritime principles by
which he was guided. As we observe no
flaw in his determinations, we affirm on
his opinion, 307 F.Supp. 885.

Affirmed.

**Harvey IVY, Sr., Plaintiff-Appellant,**

v.

**Robert H. FINCH, Secretary of Health,
Education and Welfare, Defendant-
Appellee.**

**No. 19739.**

United States Court of Appeals,
Sixth Circuit.

April 16, 1970.

Emanuel Nadlin, Dayton, Ohio, for
appellant.

James C. Hair, Department of Justice,
Washington, D. C., William D. Ruckel-
shaus, Asst. Atty. Gen., Kathryn H. Bald-
win, Atty., Department of Justice, Wash-
ington, D. C., Roger J. Makley, U. S.
Atty., Dayton, Ohio, on the brief, for
appellee.

Before WEICK, PECK and BROOKS,
Circuit Judges.

ORDER

This matter came on to be considered
on appeal from a judgment of the Dis-
trict Court granting the motion of the
defendant-appellee for summary judg-
ment, and it appearing that there is sub-
stantial evidence in the record to sustain
the findings of the defendant-appellee
and that his determination is not clear-
ly erroneous,

It is ordered that the judgment of the
District Court be and it hereby is af-
firmed.